**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ADAM FISCHER, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

AMERICAN AIRLINES, INC., and JOHN DOES 1-10.

Defendants.

Case No. 1:25-cv-05289-DLI-TAM

Document Filed & Served Electronically on February 17, 2026

ORAL ARGUMENT REQUESTED

<u>**NOTICE OF DEFENDANT AMERICAN AIRLINES, INC.'S MOTION TO DISMISS**</u>
<u>**PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**</u>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all other papers and prior proceedings had herein, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Local Rules for the United States District Court for the Eastern District of New York, and the Individual Motion Practice and Rules of this Court, and upon the: (1) accompanying Memorandum of Law in support of this Motion; (2) accompanying Declaration of E. Brantley Webb and exhibits attached thereto in support of this Motion; (3) pleadings and records on file in this action; and (4) public record, and on such other and further evidence or argument as may be presented at or before the hearing of this Motion, Defendant American Airlines, Inc., by and through its counsel, intends to move before the Honorable Judge Dora L. Irizarry, United States District Judge, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order granting Defendant American Airlines, Inc.'s Motion to Dismiss Plaintiff Adam Fischer's First Amended Class Action Complaint (Dkt. 17) with prejudice, together with such other and further relief as this Court deems appropriate. As set out in detail in the accompanying memorandum of law, Plaintiff's

1

allegations in the Complaint fail to establish standing and fail to state a claim pursuant to the

Employee Retirement Income Security Act of 1974.

DATED: February 17, 2026                    **MAYER BROWN LLP**


/s/ *E. Brantley Webb*

E. Brantley Webb (*pro hac vice*)
Reginald R. Goeke
Jennifer L. Weinberg (*pro hac vice*)
MAYER BROWN LLP
1999 K St. NW
Washington, DC 20006
Phone: (202) 263-3000
Email: *bwebb@mayerbrown.com*
        *rgoeke@mayerbrown.com*
        *jlweinberg@mayerbrown.com*


*Counsel for American Airlines, Inc.*

2

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Defendant American Airlines Inc.'s Motion to Dismiss Plaintiff's First Amended Class Action Complaint, Memorandum In Support of Defendant American Airlines Inc.'s Motion to Dismiss Plaintiff's First Amended Class Action Complaint, and associated Declaration and Exhibits were served on Plaintiff's counsel of record via the Court's ECF system on February 17, 2026.

*/s/ E. Brantley Webb*
E. Brantley Webb